FILED by ___YH___ D.C.

Aug 29, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-20545-CR-GAYLES/OTAZO-REYES**
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

**UNITED STATES OF AMERICA**

**vs.**

**CARLOS MANUEL FUMERO CRUZ,**
**EDUARDO DUBED FALCON, and**
**MARIO RAFAEL BAEZ JORGE,**

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about June 6, 2018, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**CARLOS MANUEL FUMERO CRUZ,**
**EDUARDO DUBED FALCON, and**
**MARIO RAFAEL BAEZ JORGE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access

devices, that is, credit and debit card account numbers issued to other persons, said conduct

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections

1029(a)(3) and 2.

## COUNTS 2-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about June 6, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### CARLOS MANUEL FUMERO CRUZ,
### EDUARDO DUBED FALCON, and
### MARIO RAFAEL BAEZ JORGE,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly possess, without lawful authority, the means of identification of another person as set forth in each count below:

| Count | Means of Identification |
|-------|------------------------|
| 2 | Name and debit card account number ending in 9884 issued in the name of "J.R." |
| 3 | Name and credit card account number ending in 1182 issued in the name of "Y.L." |
| 4 | Name and credit card account number ending in 6005 issued in the name of "E.A." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

2

## COUNT 5
### Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about June 6, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS MANUEL FUMERO CRUZ,**
**EDUARDO DUBED FALCON, and**
**MARIO RAFAEL BAEZ JORGE,**

did knowingly, and with intent to defraud, have control and custody of, and possess device-making equipment, that is, one (1) credit card embosser and one (1) credit card encoding machine, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **CARLOS MANUEL FUMERO CRUZ, EDUARDO DUBED FALCON, and MARIO RAFAEL BAEZ JORGE,** have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants shall forfeit to the United States of America,: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.      The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Carlos Manuel Fumero Cruz, et al.

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| ✓ | Miami | __ | Key West |
| __ | FTL | __ | WPB   __ FTP |

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish_____

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | | | | |
   |---|---|---|---|
   | I | 0 to 5 days | ✓ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | ✓ |
   | V | 61 days and over | ____ | | |

6. Has this case previously been filed in this District Court?     (Yes or No)     No____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)     No____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ____     No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ____     No ✓

_____
JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 56876

*Penalty Sheet(s) attached

REV 8/13/2018

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   CARLOS MANUEL FUMERO CRUZ**

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty**: 10 years' imprisonment

Counts #: 2, 3, and 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty**: 2 years' imprisonment (consecutive to any other sentence)

Count #: 5

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

**\*Max. Penalty**: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **EDUARDO DUBED FALCON**

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

*Max. Penalty: 10 years' imprisonment

Counts #: 2, 3, and 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty: 2 years' imprisonment (consecutive to any other sentence)

Count #: 5

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

*Max. Penalty: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:**  <u>**MARIO RAFAEL BAEZ JORGE**</u>

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty**: 10 years' imprisonment

Counts #: 2, 3, and 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty**: 2 years' imprisonment (consecutive to any other sentence)

Count #: 5

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

**\*Max. Penalty**: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**